McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-MC-00130-KJM-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY 10.6396908 BITCOIN, | |
| APPROXIMATELY 8.414561 LITECOIN, | |
| APPROXIMATELY 1.5639 ETHEREUM, AND | |
| APPROXIMATELY 0.5187177 BITCOIN, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimant Gabriel Alva ("claimant"), by and through their respective counsel, as follows:

1. On or about May 23, 2019 and May 25, 2019, the Homeland Security Investigation ("HSI") seized the above-referenced defendant cryptocurrency pursuant to a Federal search warrant and consent (hereafter collectively "defendant cryptocurrency").

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant cryptocurrency, or obtain an indictment alleging that the defendant cryptocurrency is subject to forfeiture within ninety days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.

1

1  That deadline is August 21, 2019.

2  3. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to November 19, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant cryptocurrency and/or to obtain an indictment alleging that the defendant cryptocurrency is subject to forfeiture.

4. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant cryptocurrency and/or to obtain an indictment alleging that the defendant cryptocurrency is subject to forfeiture shall be extended to November 19, 2019.

Dated: 8/20/19  McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 8/21/19  /s/ Stephen Kahn
STEPHEN KAHN
Attorney for potential claimant
Gabriel Alva

(Signature authorized by phone)

**IT IS SO ORDERED**.

DATED: August 27, 2019.

_____
UNITED STATES DISTRICT JUDGE