McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY 10.6396908 BITCOIN,<br><br>APPROXIMATELY 8.414561 LITECOIN,<br><br>APPROXIMATELY 1.5639 ETHEREUM, AND<br><br>APPROXIMATELY 0.5187177 BITCOIN,<br><br>  Defendants. | 2:19-MC-00130-KJM-KJN<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Gabriel Alva ("claimant"), by and through their respective counsel, as follows:

1. On or about May 23, 2019 and May 25, 2019, the Homeland Security Investigation ("HSI") seized the above-referenced defendant cryptocurrency pursuant to a Federal search warrant and consent (hereafter collectively "defendant cryptocurrency").

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant cryptocurrency, or obtain an indictment alleging that the defendant cryptocurrency is subject to forfeiture within ninety days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.

That deadline was August 21, 2019.

    3. By Stipulation and Order filed August 28, 2019, the parties stipulated to extend to November 19, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant cryptocurrency and/or to obtain an indictment alleging that the defendant cryptocurrency is subject to forfeiture.

    4. By Stipulation and Order filed November 25, 2019, the parties stipulated to extend to February 17, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant cryptocurrency and/or to obtain an indictment alleging that the defendant cryptocurrency is subject to forfeiture.

    5. By Stipulation and Order filed February 19, 2020, the parties stipulated to extend to April 17, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant cryptocurrency and/or to obtain an indictment alleging that the defendant cryptocurrency is subject to forfeiture.

    6. By Stipulation and Order filed April 22, 2020, the parties stipulated to extend to June 16, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant cryptocurrency and/or to obtain an indictment alleging that the defendant cryptocurrency is subject to forfeiture.

    7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to July 31, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant cryptocurrency and/or to obtain an indictment alleging that the defendant cryptocurrency is subject to forfeiture.

///
///
///
///
///
///
///

Stipulation and Order to Extend Time

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant cryptocurrency and/or to obtain an indictment alleging that the defendant cryptocurrency is subject to forfeiture shall be extended to July 31, 2020.

Dated: 5/26/2020            McGREGOR W. SCOTT
                                            United States Attorney

                           By:    /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
                                                 Assistant U.S. Attorney

Dated: 5/22/2020            /s/ Stephen Kahn
                                            STEPHEN KAHN
                                            Attorney for potential claimant
                                            Gabriel Alva

                                            (Signature authorized by email)

**IT IS SO ORDERED**.

Dated: May 27, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE