IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY 10.6396908 BITCOIN,<br><br>APPROXIMATELY 8.414561 LITECOIN,<br><br>APPROXIMATELY 1.5639 ETHEREUM, AND<br><br>APPROXIMATELY 0.5187177 BITCOIN,<br><br>    Defendants. | 2:19-MC-00130-KJM-KJN<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Gabriel Alva ("claimant"), by and through their respective counsel, as follows:

1.  On or about May 23, 2019 and May 25, 2019, the Homeland Security Investigation ("HSI") seized the above-referenced defendant cryptocurrency pursuant to a Federal search warrant and consent (hereafter collectively "defendant cryptocurrency").

2.  Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant cryptocurrency, or obtain an indictment alleging that the defendant cryptocurrency is subject to forfeiture within ninety days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.

That deadline was August 21, 2019.

3. By Stipulation and Order filed August 28, 2019, the parties stipulated to extend to November 19, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant cryptocurrency and/or to obtain an indictment alleging that the defendant cryptocurrency is subject to forfeiture.

4. By Stipulation and Order filed November 25, 2019, the parties stipulated to extend to February 17, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant cryptocurrency and/or to obtain an indictment alleging that the defendant cryptocurrency is subject to forfeiture.

5. By Stipulation and Order filed February 19, 2020, the parties stipulated to extend to April 17, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant cryptocurrency and/or to obtain an indictment alleging that the defendant cryptocurrency is subject to forfeiture.

6. By Stipulation and Order filed April 22, 2020, the parties stipulated to extend to June 16, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant cryptocurrency and/or to obtain an indictment alleging that the defendant cryptocurrency is subject to forfeiture.

7. By Stipulation and Order filed May 28, 2020, the parties stipulated to extend to July 31, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant cryptocurrency and/or to obtain an indictment alleging that the defendant cryptocurrency is subject to forfeiture.

8. By Stipulation and Order filed July 22, 2020, the parties stipulated to extend to October 29, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant cryptocurrency and/or to obtain an indictment alleging that the defendant cryptocurrency is subject to forfeiture.

9. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to January 27, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant cryptocurrency and/or to obtain an indictment alleging that the defendant

1  cryptocurrency is subject to forfeiture.

2      10.    Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant cryptocurrency and/or to obtain an indictment alleging that the defendant cryptocurrency is subject to forfeiture shall be extended to January 27, 2021.

Dated: 10/28/2020      McGREGOR W. SCOTT
    United States Attorney

By:     /s/ Kevin C. Khasigian
    KEVIN C. KHASIGIAN
    Assistant U.S. Attorney

Dated: 10/27/2020     /s/ Stephen Kahn
    STEPHEN KAHN
    Attorney for potential claimant
    Gabriel Alva

(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: November 3, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE