PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-MC-00130-KJM-KJN |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF ELECTION |
| APPROXIMATELY 10.6396908 BITCOIN, | |
| APPROXIMATELY 8.414561 LITECOIN, | |
| APPROXIMATELY 1.5639 ETHEREUM, AND | |
| APPROXIMATELY 0.5187177 BITCOIN, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the United States elected to include the above-captioned defendant assets in criminal case *United States v. Gabriel Alva*, 2:21-CR-00178-JAM.  Accordingly, this miscellaneous case may be closed.

Dated: 10/21/2021

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

1